BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ENAIDA CAROLINA HARO,<br>  aka ENEIDA CAROLINA HARO,<br><br>Defendant. | CASE NO. 1:05-cr-00368-AWI-1<br><br>GOVERNMENT'S MOTION TO DISMISS AND ORDER |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter for the following reason.

Prosecution of this stale matter is no longer viable.

Dated: January 14, 2015                         BENJAMIN B. WAGNER
                                                United States Attorney

                                        By: */s/ Karen A. Escobar*
                                                KAREN A. ESCOBAR
                                                Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: January 14, 2015         _____
                                SENIOR DISTRICT JUDGE